IN THE UNITED STATES BANKRUPTCY
COURT FOR THE NORTHERN DISTRICT
OF INDIANA HAMMOND DIVISION

In Re:                                              )
                                                    )
    Nicole M. Dietze                            ) Chapter 7 Case No. 18-21516-jra
                                                    )
                                                    )
    Debtor.                                    ) Judge James R. Ahler

### ORDER TO TRANSFER CASE (INTER-DISTRICT)

**THIS MATTER** is coming to be heard on Debtors Motion to Transfer Case (Inter-District) due notice having been given, and the Court fully advised of the premises herein:

**IT IS HEREBY ORDERED:**

The Motion to Transfer Case (Inter-District) is granted.

The case is transferred to the Northern District of Illinois, Eastern Division, for further administration.

SO ORDERED this 12th day of September, 2018.

_____ JS103
JUDGE

Distribution:

All attorneys of record.
All creditors.